1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6925
6      FAX: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Respondents

FILED

Apr 23 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HAO THOAI TRAN,

            Petitioner,

JOHN M. KRAMAR, in his Official Capacity, District Director for San Francisco District Office, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, et al.,

            Respondents.

C 21-02800 TSH

**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and [PROPOSED] ORDER**

1. Petitioner commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Petitioner had been interviewed.

2. USCIS is now prepared to resolve this matter by adjudicating Petitioner's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Stipulation to Remand
C 20-02800 TSH                                              1

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS, 630 Sansome Street, 3rd Floor, San Francisco, CA 94111, directing the agency to take any and all necessary actions, and to issue a decision on Petitioner's application for naturalization within 30 days of the remand order. Based on the information now available to it, USCIS stipulates that, all else being equal, it intends to approve the application if no new or undisclosed disqualifying evidence is discovered. Petitioner acknowledges his burden to establish and maintain eligibility for naturalization up to the time he has taken the oath of allegiance.

2. If USCIS does not issue a decision on Petitioner's application for naturalization within the time frame set forth in paragraph 1 above, Respondents will not oppose any request by Petitioner to this Court to vacate the remand order and thereby re-assert jurisdiction over Petitioner's action pursuant to 8 U.S.C. § 1447(b).

3. Each of the parties shall bear their own costs and fees.

Dated: April 23, 2021

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

_____/s/_____
ELIZABETH KURLAN
Assistant United States Attorney
Attorneys for Respondents

Dated: April 23, 2021

_____/s/_____
ZACHARY NIGHTINGALE
Attorney for Petitioner

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: April 23, 2021

THOMAS S. HIXSON
United States Magistrate Court Judge

Stipulation to Remand
C 20-02800 TSH                                          2